IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALONZO VERSER and LOVIE D. VERSER, | § § | |
| Plaintiffs, | § § | |
| V. | § | No. 3:24-cv-806-B |
| CENLAR AGENCY, INC., ET AL., | § § § | |
| Defendants. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation as supplemented to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation as supplemented for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: July 29, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE