1



THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| ALONZO VERSER and LOVIE D. VERSER, | § § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action 3:24-cv-806 |
| CENLAR AGENCY, INC., and CITIMORTGAGE, INC., | § § § § | |
| Defendants. | § | |

Hon. Jane J. Boyle | Referred to: **Magistrate Judge David L. Horan**

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL UNDER FRAP 4(a)(5)

Plaintiffs Alonzo Verser and Lovie D. Verser respectfully move under Federal Rule of Appellate Procedure 4(a)(5) for an extension of time to file a Notice of Appeal, and state:

1. Final Judgment was entered on July 29, 2025.
2. The 30-day deadline to notice an appeal expired on August 28, 2025.
3. Under FRAP 4(a)(5)(A), this Court may extend the time to appeal if a party (i) moves no later than 30 days after the appeal deadline expires and (ii) shows excusable neglect or good cause. This motion is timely because it is filed on September 18, 2025 2025 (no later than September 29, 2025).
4. Excusable neglect / good cause. Plaintiffs are pro se. In the immediate aftermath of the Court's adoption of the FCR and entry of summary judgment, Plaintiffs were actively attempting to understand post-judgment options (Rule 59(e), Rule 60(b), and appeal) and mistakenly believed a post-judgment motion could toll appellate deadlines. See *Pioneer* factors: (a) prejudice none; a brief extension only preserves appellate rights; (b) length of delay short; (c) reason for delay good-faith pro se confusion over interlocking deadlines; and (d) good faith no bad faith; Plaintiffs have been diligently preparing filings.

5. Plaintiffs request 14 days from the order granting this motion to file the Notice of Appeal. See FRAP 4(a)(5)(C).

## PRAYER

Plaintiffs request that the Court extend the time to file their Notice of Appeal to 14 days after the Court grants this motion, and grant all further relief to which they are entitled.

Dated: September 18, 2025

## Certificate of Conference

On September 18 2025, Plaintiffs emailed defense counsel to confer. As of filing, / opposed / unopposed] (select one).

## Certificate of Service

I certify that on September ___, 2025, I serv 136 Normandy Avenue
DeSoto, Texas 75115
(469) 487-9520
alonzoverser@gmail.com
Pro Se Plaintiff

Respectfully submitted,

_____
**Alonzo Verser**
1136 Normandy Avenue
DeSoto, Texas 75115
(469) 487-9520
alonzoverser@gmail.com
Pro Se Plaintiff

_____
**Lovie D. Verser**
1136 Normandy Avenue
DeSoto, Texas 75115
(469) 487-9520
Pro Se Plaintiff